UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OLIVIER GOUREAU and OLIVIER GOUREAU, INC.

Plaintiffs,

-against-

NOEMI GOUREAU, NICOLAS GOUREAU, STEPHANIE GOUREAU, GOOBERRY. CORP., NOG INTERNATIONAL, INC. and FOPPS, INC.,

Defendants.

---

CASE NO. 12-cv-6443 (PAE)(DF)

## NOTICE OF APPEARANCE AND DEMAND

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, that Paul D. Sarkozi of Tannenbaum Helpern Syracuse & Hirschtritt LLP is an attorney for Defendants Noemi Goureau, Nicolas Goureau, Stephanie Goureau, Gooberry. Corp. and FOPPS, Inc. and appears in this action, and requests that service of all papers, and notices of all proceedings in this action, be served upon the undersigned at the office and post office address listed below.

Dated: New York, New York
November 30, 2012

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP

By: /s/ Paul D. Sarkozi
Paul D. Sarkozi

900 Third Avenue
New York, New York 10022
(212) 508-7524  (Phone)
(212) 371-1084  (Fax)
Email – sarkozi@thsh.com

*Attorneys for Defendants Noemi Goureau, Nicolas Goureau, Stephanie Goureau, Gooberry. Corp. and FOPPS, Inc.*