UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- :

OLIVIER GOUREAU and OLIVIER GOUREAU, INC. :

               Plaintiffs, :

               -against - :     CASE NO. 12-cv-6443 (PAE)(DF)

             :

NOEMI GOUREAU, NICOLAS GOUREAU, :
STEPHANIE GOUREAU, GOOBERRY. CORP., NOG :
INTERNATIONAL, INC. and FOPPS, INC., :

             Defendants. :

---------------------------------------------------------------------- :

## NOTICE OF APPEARANCE AND DEMAND

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE, that Jaclyn H. Grodin of Tannenbaum Helpern Syracuse &

Hirschtritt LLP is an attorney for Defendants Noemi Goureau, Nicolas Goureau, Stephanie

Goureau, Gooberry. Corp. and FOPPS, Inc. and appears in this action, and requests that service of

all papers, and notices of all proceedings in this action, be served upon the undersigned at the office

and post office address listed below.

Dated: New York, New York         TANNENBAUM HELPERN
      November 30, 2012          SYRACUSE & HIRSCHTRITT LLP

                         By: /s/ Jaclyn H. Grodin _____
                           Jaclyn H. Grodin

                         900 Third Avenue
                         New York, New York 10022
                         (212) 508-6776  (Phone)
                         (212) 371-1084  (Fax)
                         Email – grodin@thsh.com

                         *Attorneys for Defendants Noemi Goureau, Nicolas*
                         *Goureau, Stephanie Goureau, Gooberry. Corp.*
                         *and FOPPS, Inc.*