UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
OLIVIER GOUREAU and OLIVIER GOUREAU, INC. :
                                                                     :   Civil Action No.:
                                                                     :   12 cv 6443 (PAE)(DF)
              Plaintiffs,                            :
                                                                     :
     - against -                                    :   **RULE 7.1 STATEMENT FOR**
                                                                     :   **DEFENDANTS GOOBERRY**
NOEMI GOUREAU, NICOLAS GOUREAU,                  :   **CORP. AND FOPPS, INC.**
STEPHANIE GOUREAU, GOOBERRY. CORP., NOG :
INTERNATIONAL, INC. and FOPPS, INC.,             :
                                                                     :
              Defendants.                            :
------------------------------------------------------------------- x

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants Gooberry Corp. and Fopps. Inc., which are private non-governmental parties, certifies that there are no corporate parents, affiliates and/or subsidiaries of these Defendants that are publicly held.

Dated: New York, New York                        TANNENBAUM HELPERN SYRACUSE
       November 30, 2012                             & HIRSCHTRITT LLP

                                                         By:  /s/ Jaclyn H. Grodin
                                                                    Paul D. Sarkozi
                                                                    Jaclyn H. Grodin

                                                         900 Third Avenue
                                                         New York, New York
                                                         (212) 508-6700

                                                         *Attorneys for Defendants Gooberry Corp.*
                                                         *and Fopps, Inc.*