**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OLIVIER GOUREAU and OLIVIER GOUREAU, INC. ) | Civil Action No.: |
| ) | 12 cv 6443 (PAE)(DF) |
| Plaintiffs, ) | |
| ) | |
| -against - ) | **NOTICE OF** |
| ) | **DEFENDANT** |
| NOEMI GOUREAU, NICOLAS GOUREAU, STEPHANIE ) | **STEPHANIE** |
| GOUREAU, GOOBERRY, CORP., NOG ) | **GOUREAU'S MOTION** |
| INTERNATIONAL, INC., and FOPPS, INC., ) | **TO DISMISS THE** |
| ) | **AMENDED** |
| Defendants. ) | **COMPLAINT** |
| ) | |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Stephanie Goureau's Motion to Dismiss the Complaint, Defendant Stephanie Goureau respectfully moves the United States District Court for the Southern District of New York for an order dismissing her from the Complaint in the above-captioned adversary proceeding.

Pursuant to Local Rule 6.1(b)(2), Plaintiffs' Opposition to Defendant's Motion to Dismiss shall be served by December 17, 2012; Defendant's Reply Memorandum in Further Support of Her Motion to Dismiss shall be served within seven days after service of Plaintiffs'

answering papers.

                                           Respectfully submitted,

                                           **TANNENBAUM HELPERN**
                                           **SYRACUSE & HIRSCHTRITT LLP**

                                           /s/  Jaclyn H. Grodin
                                           Paul D. Sarkozi
                                           Jaclyn H. Grodin

                                           900 Third Avenue
                                           New York, New York 10022
                                           Phone: (212) 508-6776
                                           Fax: (212) 371-1084
                                           Email – sarkozi@thsh.com
                                                     grodin@thsh.com

                                           *Attorneys for Stephanie Goureau*

Dated:  New York, New York
         November 30, 2012

## CERTIFICATE OF SERVICE

    I hereby certify that this document was filed through the ECF system on November 30, 2012, and, accordingly, will be sent to the registered participants identified on the Notice of Electronic Filing.

                                           /s/  Jaclyn H. Grodin