AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| OLIVIER GOUREAU, OLIVIER GOUREAU, INC., and NOG INTERNATIONAL, INC., <br> *Plaintiff* <br><br> v. <br><br> NOEMI GOUREAU et al. <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 12cv6443 (PAE)(DF) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SACHA GOUREAU
438 EAST 75TH STREET
NEW YORK, NEW YORK 10016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   PAUL D. SARKOZI, ESQ.
JACLYN H. GRODIN, ESQ.
TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP
900 THIRD AVENUE
NEW YORK, NEW YORK 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
*CLERK OF COURT*

Date: DEC 1 4 2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 12cv6443 (PAE)(DF)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sacha Goureau
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Hank McGuire, Jr., who is designated by law to accept service of process on behalf of *(name of organization)* Sacha Goureay, via electronic & first class mail on *(date)* 12/14/12 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12/14/12

*Server's signature*

Jaclyn Grodin, Esq.
*Printed name and title*

900 Third Avenue, NY, NY 10022
*Server's address*

Additional information regarding attempted service, etc: C/o Tannenbaum Helpern Syracuse & Hirschtritt