CERTIFICATE OF SERVICE

      I, Harold F. McGuire, Jr., of Yankwitt & McGuire LLP, hereby certify that on January 3, 2013, I caused a copy of the foregoing Notice of Appearance, Answer to Counterclaims, Answer of Sacha Goureau to Third Party Complaint, and Initial Disclosures of Plaintiffs and Third Party Defendant Pursuant to FRCP 26(a)(1) for service through the Court's ECF system upon the following:

> Paul D. Sarkozi, Esq.
> Jaclyn H. Grodin, Esq.
> Tannenbaum Helpern Syracuse & Hirschtritt LLP
> *Attorneys for Defendants, Counter Defendants and Third Party Plaintiff*
> sarkozi@thsh.com
> grodin@thsh.com

Dated:    White Plains, New York
             January 4, 2013

                                           /s/
                                      Harold F. McGuire, Jr.

*12-cv-06443-PAE*