```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| OLIVIER GOUREAU and OLIVIER GOUREAU, INC.<br><br>Plaintiffs,<br><br>-against -<br><br>NOEMI GOUREAU, NICOLAS GOUREAU, STEPHANIE GOUREAU, GOOBERRY, CORP., NOG INTERNATIONAL, INC., and FOPPS, INC.,<br><br>Defendants. | Civil Action No.:<br>12 cv 6443 (PAE)(DF)<br><br>STIPULATION |
| GOOBERRY CORP.,<br><br>Third Party Plaintiff,<br><br>-against-<br><br>SACHA GOUREAU,<br><br>Third Party Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and through counsel for the parties hereto, as follows:

     1.     Plaintiff Olivier Goureau and Defendant Noemi Goureau (together, the "Owners") are (of record) joint 50 percent owners of Defendant NOG International, Inc.

     2.     Defendant NOG International, Inc. is a New York corporation ("NOG").

     3.     NOG was originally listed as a plaintiff in the original Complaint in this Action. Upon Defendants' objection that Plaintiffs Olivier Goureau and Olivier Goureau, Inc. had no

standing to represent NOG, Plaintiffs Olivier Goureau and Olivier Goureau, Inc. filed an Amended Complaint in this matter on November 13, 2012, which listed NOG as a defendant.

4. Notwithstanding the fact that the Amended Complaint asserts relief against "Defendants" generally, Plaintiffs do not and will not seek damages against NOG in this action, but have included NOG in the Amended Complaint so that the Court can have jurisdiction over NOG and its assets for purposes of, or in aid of, relief other than damages..

5. The Owners agree that service on NOG shall be waived and deemed sufficient based on the fact that the Owners have either been served or have authored the Amended Complaint.

6. Plaintiffs agree that NOG need not serve an Answer to the Amended Complaint and that NOG shall be deemed to have denied the allegations in the Amended Complaint, such that all the other parties to the Action must prove any allegations relating to NOG in any claim or counterclaim. Plaintiffs will not seek a default judgment against NOG.

7. Each of the Owners has access to different records of NOG. To the extent any party seeks such records relating to NOG, each party agrees to search for relevant and responsive document requests relating to NOG in good faith and produce such responsive documents subject to any objection a party may assert. NOG will not serve any discovery requests, make any motions or otherwise seek any relief through counterclaim or otherwise.

Dated: New York, N.Y.
January 11, 2013

| YANKWITT & MCGUIRE, LLP | TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP |
|---|---|
| /s/ Harold F. McGuire<br>Harold F. McGuire<br>Russell M. Yankwitt<br>Daniel F. McGuire | /s/ Jaclyn H. Grodin<br>Paul D. Sarkozi<br>Jaclyn H. Grodin |
| 140 Grand Street, Suite 501<br>White Plains, New York 10601<br>Phone: (914) 686-1500<br>Fax: (914) 801-5930<br>hmcguire@yankwitt.com | 900 Third Avenue<br>New York, New York 10022<br>Phone: (212) 508-6776<br>Fax: (212) 371-1084<br>sarkozi@thsh.com<br>grodin@thsh.com |
| *Attorneys for Plaintiffs and Third Party Defendant* | *Attorneys for Defendants Noemi Goureau, Nicolas Goureau, Stephanie Goureau, Fopps, Inc. and Gooberry Corp.* |

SO ORDERED:      1/14/13

*Paul A. Engelmayer*

Honorable Paul A. Engelmayer
United States District Judge