UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLIVIER GOUREAU and OLIVIER GOUREAU, INC. <br><br> Plaintiffs-Counterclaim Defendants, <br><br> -against - <br><br> NOEMI GOUREAU, NICOLAS GOUREAU, STEPHANIE GOUREAU, GOOBERRY CORP., NOG INTERNATIONAL, INC., and FOPPS, INC. <br><br> Defendants-Counterclaim Plaintiff. | Civil Action No.: <br> 12 cv 6443 (PAE)(DF) <br><br> **NOTICE OF GOUREAU DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS** |
| GOOBERRY CORP., <br><br> Third Party Plaintiff, <br><br> -against- <br><br> SACHA GOUREAU, <br><br> Third Party Defendant. | |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant-Counterclaim Plaintiff-Third Party Plaintiff Gooberry Corp., and Defendants' Noemi Goureau, Nicolas Goureau, and Fopps, Inc. (collectively, the "Goureau Defendants") Motion for Partial Judgment on the Pleadings, the Goureau Defendants respectfully move the United States District Court for the Southern District of New York for an order dismissing them, in part, from the Amended Complaint in the above-captioned adversary proceeding.

Pursuant to Local Rule 6.1(b)(2), Plaintiffs' Opposition to the Goureau Defendants' Motion for Partial Judgment on the Pleadings shall be served by March 1, 2013 and the Goureau

Defendants' Reply Memorandum in Further Support of Their Motion for Partial Judgment on the Pleadings shall be served within seven days after service of Plaintiffs' answering papers.

Respectfully submitted,

**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

/s/ Jaclyn H. Grodin
Paul D. Sarkozi
Jaclyn H. Grodin

900 Third Avenue
New York, New York 10022
Phone: (212) 508-6776
Fax: (212) 371-1084
Email – sarkozi@thsh.com
grodin@thsh.com

*Attorneys for Defendant-Counterclaimant-Third Party Plaintiff Gooberry Corp. and Defendants Noemi Goureau, Nicholas Goureau and Fopps, Inc.*

Dated: New York, New York
February 12, 2013

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system on February 12, 2013, and, accordingly, will be sent to the registered participants identified on the Notice of Electronic Filing.

/s/ Jaclyn H. Grodin