```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  2/27/13
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

|   |   |
|---|---|
| OLIVIER GOUREAU and OLIVIER GOUREAU, INC., | ) Civil Action No.: |
| | ) 12 cv 6443 (PAE)(DF) |
| Plaintiffs-Counterclaim Defendants, | ) |
| | ) |
| -against - | ) **STIPULATION AND** |
| | ) **ORDER FOR THE** |
| NOEMI GOUREAU, NICOLAS GOUREAU, STEPHANIE | ) **ENLARGEMENT OF** |
| GOUREAU, GOOBERRY CORP., NOG | ) **TIME** |
| INTERNATIONAL, INC., and FOPPS, INC., | ) |
| | ) |
| Defendants-Counterclaim Plaintiff. | ) |
| | ) |

---

|   |   |
|---|---|
| GOOBERRY CORP., | ) |
| | ) |
| Third Party Plaintiff, | ) |
| | ) |
| -against- | ) |
| | ) |
| SACHA GOUREAU, | ) |
| | ) |
| Third Party Defendant. | ) |
| | ) |

---

IT IS HEREBY STIPULATED AND AGREED, by and through the respective

undersigned counsel for the parties hereto, as follows:

1.      Plaintiffs shall have until March 11, 2013 to oppose Defendants' motion for

judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure (Dkt.

No. 33).

2.      Defendants' time to reply to Plaintiffs' opposition shall be extended to March 21,

2013.

3.      There has been no prior request for an extension of time in connection with this

motion. The parties previously jointly requested an extension of time in connection with the

filing of the Amended Complaint and Defendants' Answer to the Amended Complaint, which the Court (Briccetti, J) granted on November 1, 2012 (Dkt. No. 9).

    4.    The parties further respectfully and jointly request that the Court extend the deadlines set forth in Paragraph 5 and 6(c), and 6(d) of the Civil Case Management Plan (Dkt. No. 20) until two months after entry of the Court's decision on Defendants' Motion for Judgment on the Pleadings. A decision on the motion may substantially affect the costs to be borne by the parties in connection with electronic discovery and depositions, as well as influence the continuing negotiations related to the possible settlement of the claims in this action. The current Civil Case Management Plan sets the deadline for the close of fact discovery on April 22, 2012. It is unlikely that the Defendants' motion will be disposed of in advance of that deadline, thus resulting in potentially unnecessary and costly discovery for both parties. The parties therefore jointly request and agree, in the interests of efficiency, to extend the discovery deadlines set forth above to two months after the date of entry of an order by the Court on the motion for Judgment on the Pleadings. Upon entry of such order, the parties will submit a Revised Civil Case Management Plan and Scheduling Order in compliance with Rule 1(E) of Judge Paul A. Engelmayer's Individual Rules and Practices in Civil Cases.

Respectfully submitted,

**YANKWITT & MCGUIRE, LLP**

/s/  Daniel McGuire
Harold F. McGuire
Russell M. Yankwitt
Daniel F. McGuire

140 Grand Street, Suite 501
White Plains, New York 10601
Phone: (914) 686-1500
Fax: (914) 801-5930
hmcguire@yankwitt.com

*Attorneys for Plaintiffs and Third
Party Defendant*

**TANNENBAUM HELPERN
SYRACUSE & HIRSCTRITT LLP**

/s/  Jaclyn H. Grodin
Paul D. Sarkozi
Jaclyn H. Grodin

900 Third Avenue
New York, New York 10022
Phone: (212) 508-6700
Fax: (212) 371-1084
Email: sarkozi@thsh.com
          grodin@thsh.com

*Attorneys for
Defendant/Counterclaimant/Third-Party
Plaintiff Gooberry Corp., and Defendants
Fopps, Inc., Nicolas Goureau and Noemi
Goureau*

Dated:  February 26, 2013

**SO ORDERED**:                    2/27/13

Honorable Paul A. Engelmayer
United States District Judge