IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

| | |
|---|---|
| OLIVIER GOUREAU and OLIVIER GOUREAU, INC., | : |
| | : |
| | : Civil Action No. 12 cv 6443 (PAE) |
| | : |
| Plaintiffs, | : ECF CASE |
| | : |
| -against- | : |
| | : |
| NOEMI GOUREAU, NICOLAS GOUREAU, GOOBERY CORP., NOG INTERNATIONAL, INC. and FOPPS, INC., | : |
| | : |
| Defendants. | : |

-----------------------------------------------------------------------X

## Notice of Plaintiffs' Cross Motion for Leave to Amend

PLEASE TAKE NOTICE that, pursuant to Rule 15 of the Federal Rules of Civil Procedure, plaintiffs Olivier Goureau and Olivier Goureau, Inc., ("Plaintiffs") cross-move the Court for an order granting Plaintiff leave to file a Second Amended Complaint. Accompanying this cross motion are Plaintiffs' Memorandum of Law and the Declaration of Harold F. McGuire, Jr., Esq. with exhibits.

Dated: March 11, 2013

                            YANKWITT & McGUIRE, LLP

                            By: _____/s/_____
                                Harold F. McGuire, Jr., Esq.
                                Daniel F. McGuire, Esq.
                                140 Grand Street, Suite 501
                                White Plains, New York 10601
                                Telephone: (914) 686-1500
                                Facsimile: (914) 801-5930
                                hmcguire@yankwitt.com
                                *Attorneys for Plaintiffs Olivier Goureau and Olivier Goureau, Inc.*