IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
OLIVIER GOUREAU and OLIVIER GOUREAU, INC.,

        Plaintiffs,

-against-

NOEMI GOUREAU, NICOLAS GOUREAU, GOOBERY CORP., NOG INTERNATIONAL, INC. and FOPPS, INC.,

        Defendants.
---------------------------------------------------------------------X

Civil Action No. 12 cv 6443 (PAE)

ECF CASE

## Notice of Plaintiffs' Cross Motion for Leave to Amend

PLEASE TAKE NOTICE that, pursuant to Rule 15 of the Federal Rules of Civil Procedure, plaintiffs Olivier Goureau and Olivier Goureau, Inc., ("Plaintiffs") cross-move the Court for an order granting Plaintiff leave to file a Second Amended Complaint. Accompanying this cross motion are Plaintiffs' Memorandum of Law and the Declaration of Harold F. McGuire, Jr., Esq. with exhibits.

Dated: March 11, 2013

        YANKWITT & McGUIRE, LLP

        By: _____/s/_____
        Harold F. McGuire, Jr., Esq.
        Daniel F. McGuire, Esq.
        140 Grand Street, Suite 501
        White Plains, New York 10601
        Telephone: (914) 686-1500
        Facsimile: (914) 801-5930
        hmcguire@yankwitt.com
        *Attorneys for Plaintiffs Olivier Goureau and Olivier Goureau, Inc.*