IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------X
OLIVIER GOUREAU and OLIVIER GOUREAU,      :
INC.,                                      :
                                           :
                                           :   Civil Action No. 12 cv 6443- PAE
                                           :
                       Plaintiffs,         :   ECF CASE
                                           :
         -against-                         :
                                           :   DECLARATION OF
NOEMI GOUREAU, NICOLAS GOUREAU,            :   OLIVIER GOUREAU
GOOBERY CORP., NOG INTERNATIONAL, INC.     :
NOG INTERNATIONAL, INC.                    :
and FOPPS, INC.,                           :
                                           :
                       Defendants.         :
-----------------------------------------------------------X
```

State of New York    )
                     ) ss:
County of New York   )

I, OLIVIER GOUREAU declare under penalty of perjury that the foregoing is true and correct:

1.  I am a plaintiff in this action.  I submit this declaration in further support of plaintiffs' motion to further amend the complaint.

2.  I understand that, in opposition to the motion, an issue has been raised about the sufficiency of the proposed Second Amended Complaint. Specifically, that document does not state in so many words that the joint venture of which I was a part was jointly controlled by the venturers (myself, my now-estranged wife Noemie and her son Nicolas).  Let me assure the Court that it was.  While we were together we operated as a true partnership, with very loose divisions of responsibility that varied according to the needs and circumstances of the business.

My wife and I had an equal voice, and when her son joined us in the partnership he too had an equal voice. On all important matters we acted by consensus. There was no written agreement that prescribed our internal functioning, and our arrangements varied in practice from time to time. As the individual with the longest experience I generally acted as the principal executive, but that does not mean that in any manner I had sole authority to the exclusion of the other members.

Executed under penalty of perjury on: March 27, 2013

Olivier Goureau

2