```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

OLIVIER GOUREAU and OLIVIER GOUREAU, INC.  :

                      Plaintiff,  :  12 Civ. 6443 (PAE)

- against -  :

NOEMI GOUREAU, NICOLAS GOUREAU  :
GOOBERRY CORP., NOG INTERNATIONAL, INC.,  :
and FOPPS, INC.  :

                     Defendants.  :
------------------------------------------------------------X

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE THAT pursuant to Local Rule 1.4, Daniel F. McGuire, Esq., respectfully seeks leave of this Court to withdraw as attorney for plaintiffs Oliver Goureau and Olivier Goureau, Inc., for the reasons stated in the accompanying affidavit.

Dated:  April 16, 2013

                                 YANKWITT & McGUIRE, LLP

                 By: _____
                               Daniel F. McGuire, Esq.
                               140 Grand Street, Suite 501
                               White Plains, New York 10601
                               Telephone: (914) 686-1500
                               Facsimile: (914) 801-5930
                               Email: daniel@yankwitt.com

*Granted.*

SO ORDERED:

4/19/13

_Paul A. Engelmayer_
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE