IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
OLIVIER GOUREAU and OLIVIER GOUREAU, INC.,

        Plaintiffs,

  -against-

NOEMI GOUREAU, NICOLAS GOUREAU, STEPHANIE GOUREAU, GOOBERY CORP., NOG INTERNATIONAL, INC. and FOPPS, INC.,

        Defendants.

---

GOOBERRY CORP.,

        Third Party Plaintiff,

  -against-

SACHA GOUREAU,

        Third Party Defendant.
---------------------------------------------------------------------X

Civil Action No. 12 cv 6443 (PAE)(DF)

ECF CASE

      PLEASE TAKE NOTICE that Suzanne Novak, Esq. hereby enters her appearance as counsel for Plaintiffs Olivier Goureau and Olivier Goureau, Inc. and Third Party Defendant Sacha Goureau in this action, and requests that a copy of all pleadings, notices, filings, correspondence, and other papers relating to this litigation be served upon the undersigned at the address stated below.

Dated: White Plains, New York
May 6, 2013

                        Respectfully submitted,

                        YANKWITT & MCGUIRE, LLP

By:        /s/       
     Suzanne Novak
     140 Grand Street, Suite 501
     White Plains, New York 10601
     Tel:   (914) 686-1500
     Fax:  (914) 801-5930
     Email: Suzanne@yankwitt.com
     *Attorneys for Plaintiffs and Third party Defendant*